UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT MITCHELL III, et al.,

       Plaintiffs,

v                                 Case No. 06-11567

PATRICIA L. CARUSO, et al.    DISTRICT JUDGE ARTHUR J. TARNOW

       Defendants.       MAG. JUDGE MONA K. MAJZOUB

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


     There having been no objection to Magistrate Judge Majzoub's Report and Recommendation [Docket #40-1] filed September 25, 2006 granting Defendants' motion to dismiss and the Court being fully advised in the premises;

     IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Majzoub is adopted.


                        s/Arthur J. Tarnow
                        Arthur J. Tarnow
                        United States District Judge

Dated:  December 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 26, 2006, by electronic and/or ordinary mail.

                        s/Catherine A. Pickles
                        Judicial Secretary